DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In re Guardianship of Virginia Ganter,
an incapacitated person.

JONATHAN GANTER,

Appellant,

v.

ERIC GANTER and JACK GANTER, as co-guardians
of Virginia Ganter, an incapacitated person,

Appellees.

No. 2D2023-0447
_____

May 1, 2024

Appeal from the Circuit Court for Hillsborough County; Vivian T. Corvo, Judge.

Janelle A. Weber of Manta Law, Tampa, for Appellant.

Pedro W. Rodriguez of Pedro W. Rodriguez, P.A., Tampa, for Appellees.


PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.